---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | 2010 Global Transportation, LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 3 2 1 6 0 3 8 |

**4. Debtor's address**

**Principal place of business**

5554 S Peek Rd #25
Number       Street

Katy, TX 77450-7130
City                              State     ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                              State     ZIP Code

---

**5. Debtor's website (URL)**

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | 2010 Global Transportation, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY

  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

  District _____ When _____
  MM / DD / YYYY

  Case number, if known _____

Debtor     2010 Global Transportation, LLC
         Name
                                   Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>        Number      Street<br><br>_____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

| **Statistical and administrative information** | |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br><br>☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br><br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br><br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    2010 Global Transportation, LLC                                    Case number (if known) _____
          Name

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/28/2023
                MM/ DD/ YYYY

X  /s/ Byron Garrett                                         Byron Garrett
   Signature of authorized representative of debtor          Printed name

   Title            Manager

**18. Signature of attorney**

X        /s/ Timothy Webb                        Date  03/28/2023
   Signature of attorney for debtor                    MM/ DD/ YYYY

   Timothy Webb
   Printed name

   Webb & Associates
   Firm name

   550 Westcott Street, Suite 210
   Number        Street

   Houston                              TX          77007
   City                                 State       ZIP Code

   _____             timwebblaw@aol.com
   Contact phone                        Email address

   00797639                             TX
   Bar number                           State

| Fill in this information to identify the case: |
| --- |
| Debtor name      2010 Global Transportation, LLC |
| United States Bankruptcy Court for the:      Southern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**      _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1   Prosperity Bank | Checking account | 0971 | $0.00 |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$0.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Debtor    **2010 Global Transportation, LLC**      Case number *(if known)* _____
     Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$0.00**

---

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
     face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... → _____
     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

---

**Part 4:**   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:      % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor    **2010 Global Transportation, LLC**          Case number *(if known)* _____
        Name

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.        **$0.00**

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.        **$0.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor     __2010 Global Transportation, LLC_____     Case number *(if known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

    **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.  Farm and fishing supplies, chemicals, and feed**

    **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.  Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                         **$0.00**

**34.  Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

Debtor      **2010 Global Transportation, LLC**                          Case number *(if known)* _____
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| None | | | |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| None | | | |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **2010 Global Transportation, LLC**                                   Case number *(if known)* _____
          Name

      None

49.   **Aircraft and accessories**

      None

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

      None

51.   **Total of Part 8**
      Add lines 47 through 50. Copy the total to line 87.                                                    $0.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

## Part 9:   Real Property

54.   **Does the debtor own or lease any real property?**
      ☑ No. Go to Part 10.
      ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

      None

56.   **Total of Part 9**
      Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☑ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

## Part 10:   Intangibles and Intellectual Property

Debtor    __2010 Global Transportation, LLC_____    Case number *(if known)* _____
                 Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                             $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Debtor    __2010 Global Transportation, LLC_____    Case number *(if known)* _____
         Name

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1   **Claim against driver Carl Fitzgerald Lewis for recovery of costs associated with repairs of 2016 Volvo Truck** ............................................. **$7,556.00**

Nature of Claim    __Recovery of Funds_____

Amount Requested    __$7,556.00_____

Additional Page Total - *See continuation page for additional entries* ............................................. **$12,388.00**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. ............................................. **$19,944.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **2010 Global Transportation, LLC**      Case number *(if known)* _____
     Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................................ | → | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $19,944.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $19,944.00 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... | | $19,944.00 |

Debtor    __2010 Global Transportation, LLC_____          Case number *(if known)* _____
                    Name

| | Current value of debtor's interest |
|---|---|

**Additional Page**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued***

74.2 **Claim against employee Kahlil Mason for overpayment of wages**

Nature of Claim    __Recovery of funds_____

Amount Requested    __$888.00_____                                                        __$888.00__

74.3 **Partial Dispute Notice Claim#: P-1-160267 Shark Logistics**

Nature of Claim    __Recovery of funds deducted from payment__

Amount Requested    __$1,500.00_____                                                    __$1,500.00__

74.4 **Claim Presentation on Total Quality Logistics PO 22462498**

Nature of Claim    __Recovery of funds deducted from payment__

Amount Requested    __$1,800.00_____                                                    __$1,800.00__

74.5 **Claim against Sureway Transportation Company for Evergreen College Damage Claim to Sprinkler Pipes**

Nature of Claim    __Recovery of funds deducted from payment__

Amount Requested    __$2,400.00_____                                                    __$2,400.00__

74.6 **LANDSTAR Global Logistics claim for payment**

Nature of Claim    __Recovery of Funds_____

Amount Requested    __$5,800.00_____                                                    __$5,800.00__

Fill in this information to identify the case:

Debtor name ___2010 Global Transportation, LLC_____

United States Bankruptcy Court for the: _____Southern_____ District of ____Texas____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| | | _____ | _____ |
| **Creditor's mailing address** | | | |
| | **Describe the lien** | | |
| **Creditor's email address, if known** | | | |
| **Date debt was incurred** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                 _____

Fill in this information to identify the case:

Debtor name _____2010 Global Transportation, LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim _____   Priority amount _____

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim _____   Priority amount _____

Debtor     __2010 Global Transportation, LLC__          Case number *(if known)* _____
          Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

Adam McCoy

30926 Roanoak Woods Dr

Tomball, TX 77375-1222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset?
☑ No
☐ Yes

**$14,044.96**

---

**3.2**   Nonpriority creditor's name and mailing address

Afni Collections, Inc.

Po Box 3517

Bloomington, IL 61702-3517

Date or dates debt was incurred _____

Last 4 digits of account number __6__ - __0__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collecting for Comcast__

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3**   Nonpriority creditor's name and mailing address

Air Systems Services & Construction ASSC

10381 Old Placerville Rd Ste 100

Sacramento, CA 95827-2558

Date or dates debt was incurred _____

Last 4 digits of account number __0__ - __3__ __0__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Property Damage__

Is the claim subject to offset?
☑ No
☐ Yes

**$18,734.90**

---

**3.4**   Nonpriority creditor's name and mailing address

Allstate Insurance

Po Box 660636

Dallas, TX 75266-0636

Date or dates debt was incurred _____

Last 4 digits of account number __ __A__ __D__ __J__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance Claim re Luis Reyes__

Is the claim subject to offset?
☑ No
☐ Yes

**$26,101.27**

Debtor   **2010 Global Transportation, LLC**

Name

Case number *(if known)*

---

## Part 2: Additional Page

| | |
|---|---|
| **3.5** | |

**Nonpriority creditor's name and mailing address**

**Alphus Massey**

**9735 Bayou Woods Dr**

**Baytown, TX 77521-5015**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$551.18

---

**3.6**

**Nonpriority creditor's name and mailing address**

**American Express**

**Po Box 6031**

**Carol Stream, IL 60197-6031**

**Date or dates debt was incurred**

**Last 4 digits of account number** __1__ __0__ __0__ __3__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,601.64

---

**3.7**

**Nonpriority creditor's name and mailing address**

**CAPRICE MARIE KYNARD JACKSON**

**Po Box 37172**

**Houston, TX 77237-7172**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Collecting for Louis**
**Basis for the claim:** **Washington**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Comcast**

**1701 John F Kennedy Blvd**

**Philadelphia, PA 19103-2838**

**Date or dates debt was incurred**

**Last 4 digits of account number** __7__ __9__ __9__ __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,885.71

---

Debtor  **2010 Global Transportation, LLC**          Case number *(if known)* _____
              Name

| Part 2: | Additional Page |
|---|---|

---

**3.9**  Nonpriority creditor's name and mailing address
Comdata, Inc.

5301 Maryland Way Brentwood, TN 37027

5301 Maryland Way

Brentwood, TN 37027

Date or dates debt was incurred          _____

Last 4 digits of account number     3   3   8   9

As of the petition filing date, the claim is:  **$9,232.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address
Creditors Adjustment Bureau

4340 Fulton Ave. Third Floor

Sherman Oaks, CA 91413

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Collecting for Motive Technologies, Inc.

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address
Greenberg, Grant & Richards

Paul Rome

5858 Westheimer Rd Ste 500

Houston, TX 77057-5645

Date or dates debt was incurred          _____

Last 4 digits of account number     2   7   3   2

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Collecting for Loves Travel Stops & Country Stores

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**  Nonpriority creditor's name and mailing address
Greg Stark

5554 S Peek Rd # 25

Katy, TX 77450-7130

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:  **$4,103.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **2010 Global Transportation, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address

**Jeremy Swaringam**

**5554 S Peek Rd**

**Katy, TX 77450-7130**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Johnathan Neil & Associates**

**Ken Mathews**

**18321 Ventura Blvd Ste 1000**

**Tarzana, CA 91356-4255**

Date or dates debt was incurred  _____

Last 4 digits of account number  __3__ __3__ __8__ __9__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Collecting for Comdata, Inc.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.15** | Nonpriority creditor's name and mailing address

**Louis Washington**

**16700 Kuykendahl Rd. #1410**

**Houston, TX 77068**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,690.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Loves Travel Stops & Country Stores**

**10601 N. Pennsylvania Ave.**

**Oklahoma City, OK 73120**

Date or dates debt was incurred  _____

Last 4 digits of account number  __2__ __7__ __3__ __2__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,284.87**

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 5 of 9

Debtor    __2010 Global Transportation, LLC__          Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Luis Reyes**

**11511 Raven View Dr.**

**Houston, TX 77067**

Date or dates debt was incurred        _____

Last 4 digits of account number    ___ **A   D   J**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset?
☑ No
☐ Yes

__unknown__

---

**3.18** Nonpriority creditor's name and mailing address

**McKee Oversize Load Escorts, LLC**

**Po Box 10233**

**Brooksville, FL 34603-0233**

Date or dates debt was incurred        _____

Last 4 digits of account number    **6   2** ___ **A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,109.46

---

**3.19** Nonpriority creditor's name and mailing address

**McKee Oversize Load Escorts, LLC**

**Po Box 10233**

**Brooksville, FL 34603-0233**

Date or dates debt was incurred        _____

Last 4 digits of account number    **9   4** ___ **A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,878.22

---

**3.20** Nonpriority creditor's name and mailing address

**Motive Technologies, Inc.**

**3500 S Dupont Hwy**

**Dover, DE 19901-6041**

Date or dates debt was incurred        _____

Last 4 digits of account number    **4   0   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$980.03

---

Debtor      **2010 Global Transportation, LLC**
            Name                                                        Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $141.41 |
| | PrePass | *Check all that apply.* |
| | | ☐ Contingent |
| | 2500 S 3850 W Ste C | ☐ Unliquidated |
| | W Valley City, UT 84120-5586 | ☐ Disputed |
| | | **Basis for the claim:** Tolls |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** 8 8 9 7 | ☐ Yes |

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,212.40 |
| | Stacey Simple | *Check all that apply.* |
| | | ☐ Contingent |
| | 14526 Sweetwater View Dr | ☐ Unliquidated |
| | Houston, TX 77047-3260 | ☐ Disputed |
| | | **Basis for the claim:** Wages |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $6,178.62 |
| | STONEMARK, INC. | *Check all that apply.* |
| | | ☐ Contingent |
| | 8501 Wade Blvd Ste 620 | ☐ Unliquidated |
| | Frisco, TX 75034-6268 | ☐ Disputed |
| | | **Basis for the claim:** Insurance |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Last 4 digits of account number** 1 7 4 4 | ☐ Yes |

Debtor ____**2010 Global Transportation, LLC**____  Case number *(if known)* _____
       Name

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Afni Collections, Inc.**<br>**Po Box 3517**<br>**Bloomington, IL 61702-3517** | Line **3.8**<br>☐ Not listed. Explain _____ | **6 - 0 1** |
| 4.2 **CAPRICE MARIE KYNARD JACKSON**<br>**Po Box 37172**<br>**Houston, TX 77237-7172** | Line **3.15**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Creditors Adjustment Bureau**<br>**4340 Fulton Ave. Third Floor**<br>**Sherman Oaks, CA 91423** | Line **3.20**<br>☐ Not listed. Explain _____ | **9 0 0 9** |
| 4.4 **Greenberg, Grant & Richards**<br>**Paul Rome**<br>**5858 Westheimer Rd Ste 500**<br>**Houston, TX 77057-5645** | Line **3.16**<br>☐ Not listed. Explain _____ | **2 7 3 2** |
| 4.5 **Johnathan Neil & Associates**<br>**Ken Mathews**<br>**18321 Ventura Blvd Ste 1000**<br>**Tarzana, CA 91356-4255** | Line **3.9**<br>☐ Not listed. Explain _____ | **3 3 8 9** |
| 4.6 **Louis Washington**<br>**16700 Kuykendahl Rd. #1410**<br>**Houston, TX 77068** | Line **3.7**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Reyes, Luis**<br>**Raven View Dr.**<br>**11511**<br>**Houston, TX 77067** | Line **3.4**<br>☐ Not listed. Explain _____ | __ **A D J** |

Debtor   **2010 Global Transportation, LLC**
Name

Case number *(if known)*

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$137,730.52** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$137,730.52** |

Fill in this information to identify the case:

Debtor name _____2010 Global Transportation, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br> **State the term remaining** _____ <br> **List the contract number of any government contract** _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br> **State the term remaining** _____ <br> **List the contract number of any government contract** _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br> **State the term remaining** _____ <br> **List the contract number of any government contract** _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br> **State the term remaining** _____ <br> **List the contract number of any government contract** _____ | _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name    __2010 Global Transportation, LLC__

United States Bankruptcy Court for the: _____ __Southern__ ____ District of ____ __Texas__ _____

(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor     **2010 Global Transportation, LLC**                          Case number (if known) _____
           Name

| ▮ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name _____ 2010 Global Transportation, LLC _____ | |
| United States Bankruptcy Court for the: _____ Southern District of Texas _____ | |
| Case number (if known): _____ Chapter ___7___ | ☐ Check if this is an amended filing |

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.............................................................................        $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..........................................................................        $19,944.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*............................................................................        $19,944.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................        $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................        $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................        + $137,730.52

4. **Total liabilities**.........................................................................................................        $137,730.52

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____2010 Global Transportation, LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $499,060.13 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | 435, 748.73<br>$0.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | $0.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor ___2010 Global Transportation, LLC_____   Case number *(if known)*_____
        Name

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    2010 Global Transportation, LLC                                           Case number *(if known)*
          Name

**5.1.**
          _____        _____     _____    _____
          Creditor's name

          _____
          Street

          _____

          _____
          City              State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** <br> Creditor's name <br><br> Street <br><br><br> City  State  ZIP Code | XXXX– __ __ __ __ | | |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name <br> _____ <br> Street <br> _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | City   State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    2010 Global Transportation, LLC                                   Case number *(if known)*
                Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City          State      ZIP Code | **Case number** | Street |
| | **Date of order or assignment** | City          State      ZIP Code |

---

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

| **Part 5:** | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| Debtor | 2010 Global Transportation, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Webb & Associates | Attorney's Fee | 3/27/2023 | $7,500.00 |

| Address |
|---|
| 550 Westcott Street, Suite 210 |
| Street |

| |
|---|
| Houston, TX 77007 |
| City                    State        ZIP Code |

| Email or website address |
|---|
| timwebblaw1@gmail.com |

| Who made the payment, if not debtor? |
|---|
| |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |
| Street |

| |
|---|
| |
| City                    State        ZIP Code |

| Relationship to debtor |
|---|
| |

Debtor  __2010 Global Transportation, LLC__                          Case number *(if known)* _____
             Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street | _____ | _____ |
| _____<br>City          State    ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor    2010 Global Transportation, LLC                                                Case number *(if known)*_____
_____Name_____

❑ Yes. Does the debtor serve as plan administrator?

  ❑ No. Go to Part 10.

  ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

❑ No

❑ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  Prosperity Bank _____<br>Name<br>1301 North Mechanic _____<br>Street<br>_____<br>El Campo, TX 77437 _____<br>City          State     ZIP Code | XXXX– 0  9  7  1 | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | 02/17/2023 _____ | $0.00 _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1  Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ❑ No<br><br>❑ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    2010 Global Transportation, LLC                                    Case number *(if known)*
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

Debtor    2010 Global Transportation, LLC                                              Case number *(if known)*
_____
          Name

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City          State     ZIP Code | | From _____   To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   2010 Global Transportation, LLC
_____                    Case number *(if known)* _____
Name

| Name and address | Dates of service |
|---|---|
| 26a.1. Byron Garrett | From 03/05/2021   To 12/31/2022 |
| Name | |
| 5554 S. Peek Road #25 | |
| Street | |
| | |
| Katy, TX 77450 | |
| City                    State            ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____   To _____ |
| Name | |
| Street | |
| | |
| City                    State            ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City                    State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                    State            ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    2010 Global Transportation, LLC                                    Case number *(if known)*
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name

         _____
         Street

         _____

         _____
         City                    State          ZIP Code

**28.    List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Byron Garrett | 5554 S Peek Rd # 25 Katy, TX 77450-7130 | , Manager | 50.00% |
| William Swaringham | 5554 S Peek Rd Katy, TX 77450 | , Manager | 50.00% |

**29.    Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To   _____ |

**30.    Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | | | |
| _____ Street | | | |
| _____ | | | |
| _____ City          State    ZIP Code | | | |

| Relationship to debtor |
|---|

         _____

**31.    Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    2010 Global Transportation, LLC        Case number *(if known)*
Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/28/2023
       MM/ DD/ YYYY

**X** /s/ Byron Garrett             Printed name        Byron Garrett
Signature of individual signing on behalf of the debtor

Position or relationship to debtor      Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    2010 Global Transportation, LLC

Case No. _____

**Debtor**    Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ $7,500.00

Prior to the filing of this statement I have received ............................................................... $7,500.00

Balance Due ......................................................................................................................... $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/28/2023 | /s/ Timothy Webb |
|---|---|
| *Date* | Timothy Webb |
| | *Signature of Attorney* |

Bar Number: 00797639
Webb & Associates
550 Westcott Street, Suite 210
Houston, TX 77007
Phone: (713) 752-0011

Webb & Associates
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **2010 Global Transportation, LLC**                                    CASE NO

                                                                             CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____03/28/2023_____     Signature _____/s/ Byron Garrett_____
                                                                             Byron Garrett, Manager

Adam McCoy
30926 Roanoak Woods Dr
Tomball, TX 77375-1222

Afni Collections, Inc.
Po Box 3517
Bloomington, IL 61702-3517

Air Systems Services &
Construction ASSC
10381 Old Placerville Rd Ste 100
Sacramento, CA 95827-2558

Allstate Insurance
Po Box 660636
Dallas, TX 75266-0636

Alphus Massey
9735 Bayou Woods Dr
Baytown, TX 77521-5015

American Express
Po Box 6031
Carol Stream, IL 60197-6031

CAPRICE MARIE KYNARD
JACKSON
Po Box 37172
Houston, TX 77237-7172

Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

Comdata, Inc.
5301 Maryland Way Brentwood, TN 37027
5301 Maryland Way
Brentwood, TN 37027


Creditors Adjustment Bureau
4340 Fulton Ave. Third Floor
Sherman Oaks, CA 91423


Creditors Adjustment Bureau
4340 Fulton Ave. Third Floor
Sherman Oaks, CA 91413


Greenberg, Grant & Richards
Paul Rome
5858 Westheimer Rd Ste 500
Houston, TX 77057-5645


Greg Stark
5554 S Peek Rd # 25
Katy, TX 77450-7130


Jeremy Swaringam
5554 S Peek Rd
Katy, TX 77450-7130


Johnathan Neil & Associates
Ken Mathews
18321 Ventura Blvd Ste 1000
Tarzana, CA 91356-4255


Louis Washington
16700 Kuykendahl Rd. #1410
Houston, TX 77068

Loves Travel Stops & Country
Stores
10601 N. Pennsylvania Ave.
Oklahoma City, OK 73120


Luis Reyes
11511 Raven View Dr.
Houston, TX 77067


McKee Oversize Load Escorts,
LLC
Po Box 10233
Brooksville, FL 34603-0233


Motive Technologies, Inc.
3500 S Dupont Hwy
Dover, DE 19901-6041


PrePass
2500 S 3850 W Ste C
W Valley City, UT 84120-5586


Luis Reyes
11511
Raven View Dr.
Houston, TX 77067


Stacey Simple
14526 Sweetwater View Dr
Houston, TX 77047-3260


STONEMARK, INC.
8501 Wade Blvd Ste 620
Frisco, TX 75034-6268

## 2010 GLOBAL TRANSPORTATION, LLC
## RESOLUTION TO FILE FOR RELIEF
## <u>UNDER THE UNITED STATES BANKRUPTCY CODE</u>

WHEREAS, 2010 GLOBAL TRANSPORTATION, LLC (the "Company") is a corporation formed under the laws of the State of Texas;

WHEREAS, the Company wishes to cease operations as a business entity and liquidate its assets;

WHEREAS, the Company believes it to be in its best to cease operations as a business entity and liquidate its assets;

WHEREAS, the Company has considered its options and has decided to file a petition for relief under Chapter 7 of the United States Bankruptcy Code; and

WHEREAS, Byron Garrett serves in the capacity of Manager of the Company.

NOW THEREFORE, IT IS RESOLVED that Byron Garrett, in his capacity of Manager of the Company, is authorized to cause the filing of a petition for relief under Chapter 7 of the United States Bankruptcy Code; and

FURTHER, IT IS RESOLVED that Byron Garrett is authorized to retain the law offices of Webb & Associates to represent the company as its bankruptcy counsel.

IN WITNESS WHEREOF, I hereunder subscribe my name as of this _29_ day of _March_ 2023.

2010 GLOBAL TRANSPORTATION, LLC:

Byron Garrett,
Manager